UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10024-CIV-KING

AMBER MARTIN,

    Plaintiff,

v.

SCHOONER EXPLORATION
ASSOCIATES LTD., INC.,

    Defendants.

_____/

**ORDER GRANTING SECOND CONTINUANCE OF TRIAL**

THIS CAUSE comes before the Court on the Defendant Schooner Exploration Associates Ltd., Inc.'s Agreed Motion to Strike Case from Trial Docket and/or Agreed Motion for Continuance (D.E. #25), filed July 21, 2009. In the instant Motion, Defendant represents that "Counsel for Plaintiff has reviewed this motion and has authorized the undersigned to represent that he agrees to the same." (D.E. #25).

As factual background, the above-styled case was filed on March 26, 2008 (D.E. #1). The Court entered a Scheduling Order on May 15, 2008, setting a final pretrial conference on March 13, 2009, and trial on the two-week trial calendar of May 4, 2009 (D.E. #10). On December 10, 2008, the Parties filed a Joint Motion to

Continue Trial (D.E. #17). The Court granted the motion, and entered a Revised Scheduling Order, setting final pretrial conference on October 2, 2009, and trial to commence the week of November 2, 2009 (D.E. #18).

Now, the Parties ask this Court for a second continuance of trial due to a number of delays in discovery. The Parties ask this Court for a continuance of the trial until on or after April 2010 (D.E. #25). The Court's next trial calendar in Key West, Florida after April 2010 is the two weeks commencing June 7, 2010.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendant's Agreed Motion to Strike Case from Trial Docket and/or Agreed Motion for Continuance **(D.E. #25)** be, and the same is hereby, **GRANTED**.

2. The Court's December 15, 2008 Revised Scheduling Order (D.E. #18) setting a pretrial conference date of October 2, 2009, and a trial date of November 2, 2009 be, and the same is hereby, **SET ASIDE AND MODIFIED** by the Court's forthcoming separate order setting pretrial conference for May 7, 2010, and trial for the two-week calendar of June 7, 2010. The new discovery deadline for both Parties is March 3, 2010, and the new motion practice deadline is March 8, 2010.

3. **<u>No further continuances shall be granted absent extraordinary and unusual grounds</u>**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 27th day of July, 2009.

                                              JAMES LAWRENCE KING
                                              U.S. DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

cc:    *Counsel for Plaintiff*
        **Andrew L. Waks**
        Waks & Barnett
        7103 SW 102nd Avenue
        Suite A
        Miami , FL 33173

        **Kenneth Jay Sobel**
        Greenspoon Marder, P.A.
        100 W Cypress Creek Road
        Suite 700
        Fort Lauderdale , FL 33309

        **William Wheaton Price**
        William W. Price
        320 Fern Street
        West Palm Beach , FL 33401

        *Counsel for Defendant*
        **Donna Ellen Albert**
        Donna E. Albert & Associates
        3000 NE 30th Place
        Suite 309
        Fort Lauderdale , FL 33306